612 A.2d 982

**COMMONWEALTH of Pennsylvania, Appellee,**

**v.**

**Homer Delbert BRANT, Appellant.**

Supreme Court of Pennsylvania,
Western District.

Argued March 13, 1992.

Decided Sept. 16, 1992.

Petition for Reconsideration or
Reargument Denied Nov. 16, 1992.

Matthew G. Melvin, Patrick P. Svonavec, Barbera & Barbera, Somerset, Pa., for appellant.

David J. Flower, Dist. Atty., Carolann A. Young, Asst. Dist. Atty., Somerset, Pa., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

The Appeal in the above-captioned case is hereby dismissed as having been improvidently granted.

McDERMOTT, J., did not participate in the decision of this case.

LARSEN and ZAPPALA, JJ., note a dissent and would address the merits of the case.